No. 2725.—EL PUEBLO, apldo., *v.* GONZÁLEZ BARRIOS, aplte. —C. D. Arecibo. Juegos prohibidos. Mayo 7, 1926.

POR CUANTO no consta de la denuncia presentada en este caso que nadie estuviera dirigiendo un juego como dueño o empleado, en la forma prevista en el artículo 299 del Código Penal;

POR CUANTO el hecho de que el juego se llevaba a cabo en la carretera no excluye el caso de la doctrina sentada en los de *El Pueblo* v. *Domínguez,* 32 D.P.R. 316, *El Pueblo* v. *Marcano,* 24 D.P.R. 476, y *El Pueblo* v. *Benítez,* 19 D.P.R. 246;

POR TANTO, debe revocarse la sentencia condenatoria y absolverse al acusado.

El Juez Presidente Sr. del Toro y el Juez Asociado Sr. Hutchison disintieron.